## Otto Miller et al., Appellees, v. Gustave Anderson, Appellant.

### Gen. No. 19,849.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed December 13, 1916.

### Statement of the Case.

Action by Otto Miller et al., plaintiffs, against Gustave Anderson, defendant, to recover a commission for the sale of real estate belonging to the defendant. From a judgment for plaintiffs for $1,291.87, defendant appeals.

RATHJE & WESEMAN, for appellant.

CHARLES A. WILLIAMS, for appellees.

MR. PRESIDING JUSTICE O'CONNOR delivered the opinion of the court.

### Abstract of the Decision.

BROKERS, § 90*—*when evidence shows broker was procuring cause of sale.* In an action by real estate brokers for a commission for the sale of real estate owned by the defendant, evidence *held* to justify a finding that the party, to whom the sale was made through the instrumentality of a broker other than the plaintiffs, and who had been introduced to the defendant by the plaintiffs, had not abandoned negotiations with the latter before the sale was made, and to justify a judgment for the plaintiffs.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.